# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bolden, Victor A. | U.S. District Court for the District of Connecticut | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

915 Lafayette Boulevard
Bridgeport, CT 06604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | NAACP Legal Defense and Educational Fund, Inc. Defined Benefit Pension PlaN. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolden, Victor A. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Section of Litigation | January 16-January 19, 2020 | Miami, Florida | Attended Winter Leadership Meeting | Lodging, Transportation, and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolden, Victor A. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Fairfield College Preparatory School | Tuition Agreement | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolden, Victor A.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4.      T. Rowe Price International Fund | A | Int./Div. | K | T | | | | | |
| 5.      T. Rowe Price Mid-Cap Value Fund | C | Int./Div. | M | T | | | | | |
| 6.      T. Rowe Price New America Growth Fund | D | Int./Div. | L | T | | | | | |
| 7.      T. Rowe Price New Era Fund | A | Int./Div. | K | T | | | | | |
| 8.      T. Rowe Price New Horizons Fund | E | Int./Div. | M | T | | | | | |
| 9.      T. Rowe Price Small-Cap Value Fund | A | Int./Div. | K | T | | | | | |
| 10.    Vanguard 500 Index Fund | B | Int./Div. | L | T | | | | | |
| 11.    J.P. Morgan Chase Accounts | A | Int./Div. | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolden, Victor A.** | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to Section II, my portion of this defined benefit plan remains in the pension plan of the NAACP Legal Defense & Educational Fund, Inc., even though I left the organization's employ in January 2009. Due to my salary while employed there, I have been designated a highly compensated employee, ineligible to rollover the value of my portion of this pension into another retirement account at this time.

With respect to Section VII, I have not sold or taken distributions from any of the investments in the IRA accounts since the date of my last report. These investments consist of the following mutual fund accounts: T. Rowe Price International Stock Fund, the T. Rowe Price Mid-Cap Value Fund, the T. Rowe Price New America Growth, the T. Rowe Price New Era Fund, the T. Rowe Price New Horizons Fund, and the T. Rowe Price Small-Cap Value Fund, and the Vanguard 500 Index Fund. As previously reported, within the Vanguard 500 Index Fund, there are two separate IRA accounts, a Rollover IRA and a Roth IRA. I also have a bank account with JP Morgan Chase Account, which previously has been reported, and consists of a linked checking and savings account.

Because I did not sell or take any distributions out of any of the investment accounts noted above, in Section VII, in contrast to my last report, I have listed them in Lines 4 to 11 of the Financial Disclosure Form, Section VII respectively to simplify matters. As a result, all of the accounts listed in Section VII of the Financial Disclosure Form, Section VII appear in this order in the following lines: T. Rowe Price International Stock Fund (Line 4 of the Financial Disclosure Form, Section VII, previously reported on Lines 4 and 5 becasue of the two partial distriutions during the previous reporting period); the T. Rowe Price Mid-Cap Value Fund (Line 5 of the Financial Disclosure Form, Section VII, previously reported on Line 6); the T. Rowe Price  New America Growth (Line 6 of the Financial Disclosure Form, Section VII, previously reported on Lines 7 and 8 because of the two separate partial distributions during the previous reporting period ); the T. Rowe Price New Era Fund (Line 7 of the Financial Disclosure Form, Section VII, previously reported on Lines 9 and 10 because of the two partial distributions during the previous reporting period); the T. Rowe Price New Horizons Fund (Line 8 of the Financial Disclosure Form, Section VII, previously reported on Lines 11 and 12 because of the two partial distributions during the previous reporting period); the T. Rowe Price Small-Cap Value Fund (Line 9 of the Financial Disclosure Form, Section VII, previously reported on Lines 13 and 14 because of the two partial distributions during the previous reporting period); the Vanguard 500 Index Fund (Line 10 of the Financial Disclosure Form, Section VII, previously reported on Line 15 during the previous reporting period); and the JP Morgan Chase Account (Line 11 of the Financial Disclosure Form, Section VII; previously reported on Line 16 ).

With respoect to Section VII, Column A, for income , when I use the Int./Div. code, I am referring to income from capital gains and dividends together.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Victor A. Bolden

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544